**Vincent HUSSEY, Appellant,**

**v.**

**Marvin EVANS, Warden, Maximum Security Unit, ADC; Max Mobley, Deputy/Assistant Director, Arkansas Department of Correction; Sangoseni, Dr., Arkansas Department of Correction; Charlotte Green, Infirmary Administrator, Maximum Security Unit, ADC, originally Sued as "C. Green"; Jonathan E. Simmons, Dr., Arkansas Department of Correction, originally sued as "Simmons"; Tommy James, Asst. Warden, Maximum Security Unit, ADC (originally sued as James); Ophelia Grandy, Infirmary Manager, Maximum Security Unit, ADC, origi-nally sued as "O. Grandy"; John Byus, Director of Medical Care, Arkansas Department of Correction, Appellees.**

**No. 06–2968.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 13, 2007.

Filed: July 19, 2007.

Vincent Hussey, Brickeys, AR, pro se.

Christine Ann Boozer, Attorney General's Office, Little Rock, AR, Michelle Banks Odum, Humphries & Lewis, White Hall, AR, for Appellees.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arkansas inmate Vincent Hussey appeals the district court's[1] orders granting summary judgment to one defendant, and dismissing without prejudice another defendant for failure to serve process; and the district court's[2] subsequent adverse grant of summary judgment to the remaining defendants. Having carefully reviewed the record, we affirm. *See Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (summary judgment standard of review); *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir.1993) (per curiam) (it is in forma pauperis plaintiff's responsibility to provide proper address for service).[3]

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.

2. The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

3. We decline to address the allegations Hussey raises for the first time on appeal. *See*

Accordingly, we affirm. *See* 8th Cir. R. 47B.

*Naucke v. City of Park Hills,* 284 F.3d 923, 927 n. 2 (8th Cir.2002).